■
**Cynthia Lee PARKS,
Petitioner–Respondent,**

v.

**Dan Berry PARKS, Jr.,
Respondent–Appellant.**

**No. WD 43260.**

Missouri Court of Appeals,
Western District.

Feb. 13, 1991.

James J. Wheeler, Keytesville, for respondent-appellant.

William J. Dailey, Glasgow, for petitioner-respondent.

Before TURNAGE, P.J., and LOWENSTEIN, ULRICH and BRECKENRIDGE, JJ.

ORDER

PER CURIAM:

Appeal from judgment awarding child support, maintenance and attorney fees in a dissolution case.

Judgment affirmed. Rule 84.16(b).

■
**STATE of Missouri, Respondent,**

v.

**Earl Eugene STAPLETON, Appellant.**

**No. WD 42849.**

Missouri Court of Appeals,
Western District.

Feb. 19, 1991.

Gary L. Stamper, Columbia, for appellant.

Philip M. Koppe, Asst. Atty. Gen., Kansas City, for respondent.

Before SHANGLER, P.J., and KENNEDY and FENNER, JJ.

ORDER

PER CURIAM.

Appeal from conviction of possession of cocaine, § 195.020, RSMo 1986 (repealed 1989), and from sentence of three years imprisonment.

Judgment affirmed. Rule 30.25(b).